UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-30555 |
|---|---|
| Carol Turner-Mitchell | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072040**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 4 | CITIFINANCIAL MORTGAGE<br>BOX 961247<br>FT WORTH, TX  76161 | 6,921.65 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

Certificate of Service 09-30555

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Carol Turner-Mitchell | DAVID E STENSON | (4.1) |
| 3990 Mayview Dr. | 120 W SECOND ST | CITIFINANCIAL MORTGAGE |
| Dayton, OH  45416 | STE 1210 | BOX 961247 |
| | DAYTON, OH  45402 | FT WORTH, TX  76161 |
| | | |
| (1.1n) | (34.1n) | |
| JOHN SCHUH | PRA RECEIVABLES MANAGEMENT LLC | |
| SCHUH & GOLDBERG | AGENT OF PORTFOLIO RECOVERY | |
| 2662 MADISON RD | BOX 41067 | |
| CINCINNAI, OH  45208 | NORFOLK, VA  23541 | |

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner                   sv